# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0048.  JAMES MARTIN v. THE STATE.**

James Martin pleaded guilty to aggravated assault of a 17-year-old victim and was given a 10-year sentence.  Martin subsequently filed a pro se petition to be released from the sex offender registry requirements.  The trial court denied his motion on July 6, 2018,[1] and he filed this pro se application for discretionary appeal on August 8, 2018.  We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Martin did not file his application for discretionary appeal until 33 days after the entry of the order he seeks to appeal, his appeal is untimely.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

---

[1] This Court has confirmed with the trial court that the date of entry of the order at issue was July 6, 2018.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _09/04/2018_
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*